# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF FRESNO, CALIFORNIA,<br><br>PLAINTIFF,<br><br>v.<br><br>ALEX M. AZAR II,<br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>DEFENDANT. | NO. 1:18-CV-00320-LJO-BAM |

## ORDER

Upon consideration of the motion filed by the parties and the points addressed by the parties, it is hereby ordered that each party is permitted to file a brief on the merits in support of motions for summary judgment of up to thirty-five pages, and reply briefs of up to twenty pages.

IT IS SO ORDERED.

Dated: **July 26, 2018**        /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE