McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendant
Alex M. Azar II,
Secretary, Department of Health and Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF FRESNO, CALIFORNIA<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the Department of Health and Human Services,<br><br>　　　　　　　　Defendant. | CASE NO. 1:18-CV-00320-LJO-BAM<br><br>ORDER<br><br>DATE:　　February 21, 2019<br>TIME:　　9:00 a.m.<br>COURT:　Courtroom 4, 7th Floor<br>　　　　　United States Courthouse<br>　　　　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>JUDGE:　Hon. Lawrence J. O'Neill |

Before the Court in this matter is the parties' Joint Stipulation and Request Regarding Briefing Schedule. Good cause appearing, the joint stipulation is APPROVED. The scheduling order in this case (ECF 20) is modified as follows:

Defendant's reply brief in support of its cross-motion for summary judgment shall be filed on or before February 25, 2019. A hearing in this matter may take place on March 14, 2019, at 9:00 a.m. in Department 4 of this Court.

IT IS SO ORDERED.

　　Dated:　__**January 22, 2019**__　　　　　___/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

ORDER　　　　　　　　　　　　　　　　　1